No. 13-2447, No. 13-2522, No. 13-2568,
No. 13-2570, No. 13-2572, No. 13-2605, No. 13-2606,
No. 13-2607, No. 13-2631, No. 13-2645, No. 13-2866

United States Court of Appeals
for the
Seventh Circuit

NCR CORPORATION, ET AL.,

*Plaintiff-Appellant*,

v.

GEORGE A. WHITING PAPER COMPANY, ET AL.,

*Defendants-Appellees*.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, GREEN BAY DIVISION
NOS. 08-CV-16, 08-CV-895, JUDGE WILLIAM C. GRIESBACH

**PLAINTIFF-APPELLANT NCR CORPORATION'S
OPPOSITION TO JOINT MOTION FOR CLARIFICATION OR
MOTION TO EXTEND TIME**

Evan R. Chesler (counsel of record)
Darin P. McAtee
Yonatan Even
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Counsel for Plaintiff-Appellant
NCR Corporation*

October 9, 2014

Plaintiff-Appellant NCR Corporation ("NCR") respectfully submits this opposition to the Joint Motion of Defendants-Appellees CBC Coating, Inc., the City of Appleton, Fort James Corporation, Georgia-Pacific Consumer Products LP, Georgia-Pacific LLC, Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Co., U.S. Paper Mills Corporation, and WTM I Company ("Defendants") for Clarification or Motion to Extend Time to File Petitions for Rehearing and Rehearing *En Banc* (No. 13-2447, Dkt. 125.)

NCR respectfully opposes Defendants' request to make use of the special timing exception to the rule for petitions for rehearing that applies only when the Government is a party to the case on appeal. (*See* Fed. R. App. P. 40(a)(1).) Here, the Court has found that in this contribution action, the Government is "a nullity". (No. 13-2447, Dkt. 123 at 56.) Thus, there is no "ambiguity": the rule that governs private party appeals applies, and Defendants' petition for rehearing is due on October 10, 2014.

Defendants' request for a 30-day extension should be rejected. Notably, extending the deadline would necessarily delay the issuance of the mandate and, consequently, also the remand to the district court so that it may begin implementing this Court's rulings. Because the 2014 dredging season on the Fox River ends in mid-November, Defendants' request for significant extra time to file a petition for rehearing, if granted, would ensure that the mandate would not issue

until after the 2014 dredging season ends (with NCR alone being asked to do the work and foot the bill).[1]

Finally, NCR notes that it offered Defendants a compromise extension to October 20, 2014 (subject to the Court's approval), if Defendants would agree not to seek to enter certain proposed consent decrees in the district court while the petition for rehearing was pending.  Defendants rejected that compromise.  Apparently, Defendants seek to extend the time to petition for rehearing to November 10, 2014, and during that extended period, the Government may ask the district court to approve the proposed consent decrees that were reached with certain Defendants. Such a strategy is unfair to NCR. This Court's recent rulings illuminate the unreasonableness of the proposed consent decrees, which were entered against the backdrop of the now-vacated district court rulings that held NCR 100% liable and enjoined NCR to remediate the Fox River. Thus, consideration of the proposed consent decrees should not take place until this Court's rulings become final and the mandates have issued.  Keeping the petition for rehearing deadline at October 10—which is what the applicable Rule requires—will ensure that no Defendant attempts to claim an inappropriate advantage.

---

[1] Defendants' argument that an extension is necessary in order to place this case and *United States v. P.H. Glatfelter Co. and NCR Corp.,* Nos. 13-2436 & 13-2441, on parallel tracks, falls flat. The cases can easily be placed on parallel tracks, *sans* extension, in the extremely unlikely event that both are set for *en banc* review.

Dated:  October 9, 2014                    Respectfully submitted,

                                                                       NCR CORPORATION

/s/ Evan R. Chesler

*Counsel for Plaintiff-Appellant/
Cross-Appellee NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (counsel of record)
Darin P. McAtee
Yonatan Even
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700

SIDLEY AUSTIN LLP
John M. Heyde
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, WA 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

## Certificate of Service

I hereby certify that on October 9, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Evan R. Chesler